# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

       vs                           Case No.3:05cr92LC

NIKKI BURKS

_____

## ORDER

Your document, **DEFENDANT'S MOTION FOR RECONSIDERATION OF DISTRICT COURT'S DETENTION ORDER PENDING SENTENCING** and **LETTER DATED 2/8/06 TO SENIOR JUDGE COLLIER**, was referred to the undersigned with the following deficiencies:

       Pursuant to Local Rule 11.1(D), any party represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

       The Court cannot respond to any ex parte communication.

For these reasons, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 15th day of February, 2006.


                       *s/L. A. Collier*_____

                       LACEY A. COLLIER
                       SENIOR UNITED STATES DISTRICT JUDGE