# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                          CASE NO.  3:05-CR-92-002/LAC

NIKKI BURKS

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:      Nikki Burks #06299-017    (Payee)
Address:   FCI - Coleman Medium
           PO Box 1032
           Coleman, FL 33521

Receipt Number  B121106

Date of Receipt   1/3/07

Motion: N/A

Explanation: Nikki Burks $100.00 special assessment was paid on 4/25/06.  The Clerk's office received $25.00 on the December 2006 Bureau of Prisons reports. According to the court dockets and financial records, Ms. Burks does not owe any additional money.  Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the Bureau of Prisons for this case.  There may be a timing difference on the Bureau of Prisons stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_
               Philip Detweiler, Financial Specialist         Date:  January 25, 2007

Referred by: _____ ,Deputy Clerk

## ORDER OF COURT

It is ORDERED this 25th day of January, 2007, that the Clerk refund the identified funds to the payee.

APPROVED____XX_____

DENIED_____                    _s/L.A. Collier_
                                           LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99